## PRAIRIE OIL & GAS CO. v. PICKETT, Co. Treas.

No. 11792—Opinion Filed Sept. 16, 1924.

### Appeal and Error—Absence of Answer Brief —Reversal.

Where the defendant in error fails to file brief and the brief of the plaintiff in error appears reasonably to support the assignments of error, the judgment of the trial court will be reversed.

(Syllabus by Estes, C.)

Commissioners' Opinion, Division No. 2.

Error from District Court, Creek County; Lucien B. Wright, Judge.

Action by the Prairie Oil & Gas Company, a corporation, against Enos R. Pickett, County Treasurer of Creek County, to recover excess taxes paid under protest. Judgment was for defendant. Plaintiff appeals. Reversed.

T. J. Flannelly, Paul B. Mason, and West, Sherman, Davidson & Moore, for plaintiff in error.

Tom Wallace, Co. Atty., and Wayne H. Lasater, Asst. Co. Atty., for defendant in error.

Opinion by ESTES, C. Pursuant to the order of this court duly given, plaintiff in error filed brief. No brief has been filed by defendant in error and no reason assigned for such failure. When the brief of plaintiff in error appears reasonably to sustain the assignments of error, this court will not search the record to find some theory upon which the judgment may be sustained. The brief of plaintiff in error complies with said rule. The judgment of the trial court is therefore reversed and the cause remanded with direction to enter judgment in favor of plaintiff in error.

By the Court: It is so ordered.